# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA WORKERS'
COMPENSATION CORPORATION

NO.   2023 CW 1062

VERSUS

STEVENS CONSTRUCTION &
DESIGN, L.L.C. A/K/A STEVENS
CONSTRUCTION, L.L.C. AND
ADAM STEVENS

DECEMBER 4, 2023

In Re:   Stevens   Construction   &   Design,   L.L.C.   and   Adam
Stevens, applying for supervisory writs, 19th Judicial
District   Court,   Parish   of   East   Baton   Rouge,   No.
720730.

BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.

WRIT DENIED.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT